1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PEDRO RODRIGUEZ-HERRERA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. 1:05-cr-0459 OWW
                                    )
12              Plaintiff,          )  STIPULATION TO CONTINUE STATUS
                                    )  CONFERENCE HEARING; AND ORDER
13      v.                          )  THEREON
                                    )
14 PEDRO RODRIGUEZ-HERRERA,         )  Date:  April 4, 2006
   (aka Arturo Amasar-Estrada)     )  Time:  9:00 a.m.
15                                  )  Judge: Hon. Oliver W. Wanger
                Defendant.          )
16                                  )
   _____)
17

18      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

19 attorney of record herein, that the Status Conference Hearing, scheduled for March 21, 2006, may be

20 continued to **April 4, 2006 at 9:00 a.m.**

21      The continuance sought is at the request of defense counsel to allow her client additional time for

22 consideration of the plea offer.

23      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

24 justice, including but not limited to, the need for the period of time set forth herein for further plea

25 ///

26 ///

27 ///

28 ///

1 | negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  March  15, 2006                McGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ Marianne A. Pansa
                                       MARIANNE A. PANSA
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


DATED:  March 15, 2005                 DANIEL J. BRODERICK
                                       Acting Federal Defender


                                       /s/ Carrie S. Leonetti
                                       CARRIE S. LEONETTI
                                       Assistant Federal Defender
                                       Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   March 15, 2006**          **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE